UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
        Petitioner )
)
V. ) M.B.D. No. 04-10246
)
GENERAL ENTERPRISES INC., )
RONALD TRIPP AS PRESIDENT )
        Respondent )

### AFFIDAVIT OF REVENUE OFFICER

I, David Malo, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on General Enterprises Inc., Ronald P. Tripp as President, are true to the best of my knowledge and belief.

                                                Revenue Officer
                                                Internal Revenue Service

Subscribed and sworn to before me at Taunton Federal Cu, Massachusetts on the 4th day of June, 2004.

My Commission expires: 3/24/11        NOTARY PUBLIC



CRISTINA M. DaROCHA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 24, 2011