U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: MBD #04-MC-10246 JGD |
| DEFENDANT: GENERAL ENTERPRISES, INC. | TYPE OF PROCESS: ORDER TO SHOW CAUSE |

FILED IN CLERKS OFFICE
2004 SEP 28 P 3:30
U.S. DISTRICT COURT
DISTRICT OF MASS

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ronald P. Tripp, President of General Enterprises, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
180 Barnaby Street, Fall River, MA 02720

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Patricia M. Connolly, AUSA
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before 10/15, 2004

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: (617) 748-3282
DATE: 9/7/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 9/15/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: 9/22/04
Time: 2:50 pm
Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $7.84 | Forwarding Fee — | Total Charges $36.86 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
Mr. Ronald Tripp (Senior) accepted service for his son. R. Tripp Jr. on the road but lives w/ the father.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)