UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
|        Petitioner, ) | |
| ) | |
| v. ) | M.B.D. No. 04-10246-JGD |
| ) | |
| GENERAL ENTERPRISES, INC., ) | |
| Ronald Tripp as President, ) | |
|        Respondent. ) | |
| _____ ) | |

**MOTION TO WITHDRAW PETITION**
**TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court.

-2-

The petitioner now seeks to withdraw its petition because the respondent, Ronald Tripp as President of General Enterprises, Inc., has complied with the Internal Revenue Service Summons.

                              Respectfully submitted:

                              MICHAEL J. SULLIVAN,
                              United States Attorney

                       By:  /s/Patricia M. Connolly
                              PATRICIA M. CONNOLLY
                              Assistant U.S. Attorney
                              John Joseph Moakley U.S. Courthouse
                              1 Courthouse Way - Suite 9200
                              Boston, MA  02210
                              (617) 748-3282


CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

                               /s/ Patricia M. Connolly
                              ASSISTANT UNITED STATES ATTORNEY

Dated: January 13, 2005